Send

FILED
CLERK, U.S. DISTRICT COURT
02-26-03
FEB 26 2003
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DirectTV, Inc. PLAINTIFF(S) v. Francis Balchak, et al... DEFENDANT(S). | CASE NUMBER 02CV09824 RGK (JWJx) |
| | **DEFAULT BY CLERK F.R.Civ.P. 55(a)** |

It appearing from the records in the above-entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

Brian Sutton

Clerk, U. S. District Court

ENTER ON ICMS
FEB 26 2003

2/26/03
Date

By N. Hackney
Deputy Clerk

26